IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:25-cr-206-ECM-SMD-1 |
| | ) | |
| DARRYL PAYNE | ) | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

The Defendant Darryl Payne, also known as Nilo Amen-Ra El-HajjShabazz, has

appeared before me pursuant to Fed. R. Crim. P. 11 and has entered a plea of guilty to

Count(s) 1 of the Indictment.  After cautioning and examining the Defendant under oath

concerning each of the subjects mentioned in Rule 11, I determined that the Defendant

entered the plea of guilty knowingly and voluntarily and that there is a factual basis for the

plea.  I therefore recommend that the plea of guilty be accepted.

DONE this 10th day of September, 2025.

STEPHEN M. DOYLE
UNITED STATES MAGISTRATE JUDGE

## NOTICE

A party waives the right to challenge on appeal a finding of fact or conclusion of

law adopted by the district judge if the party fails to object to that finding or conclusion

within fourteen days after issuance of the Report and Recommendation containing the

finding or conclusion.